**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Case No. 4:01CR208-01 |
| | ) | |
| Plaintiff, | ) | Judge Oliver |
| | ) | |
| vs. | ) | |
| | ) | |
| John J. Cafara, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JUDGMENT SATISFACTION</u>

The judgment in the above-entitled case having been paid or otherwise settled through remittance, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

> Steven M. Dettelbach
> United States Attorney
>
> By: \s\Renee A. Bacchus
> Renee A. Bacchus, #0063676
> Assistant U. S. Attorney
> Suite 400
> 801 West Superior Avenue
> Cleveland, Ohio 44113
> Phone: (216) 622-3707
> E-MAIL: Renee.Bacchus@USDOJ.GOV
> FAX: (216) 522-4542