**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Case No. 4:01CR208-01 |
| | ) | |
| Plaintiff, | ) | Judge Oliver |
| | ) | |
| vs. | ) | |
| | ) | |
| John J. Cafaro, | ) | |
| | ) | |
| Defendant. | ) | |

<u>AMENDED JUDGMENT SATISFACTION</u>

The judgment in the above-entitled case having been paid or otherwise settled through remittance, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

Steven M. Dettelbach
United States Attorney

By: \s\Renee A. Bacchus
Renee A. Bacchus, #0063676
Assistant U. S. Attorney
Suite 400
801 West Superior Avenue
Cleveland, Ohio 44113
Phone: (216) 622-3707
E-MAIL: Renee.Bacchus@USDOJ.GOV
FAX: (216) 522-4542